NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOCKEYLINE, INC.,**
*Appellant*

**v.**

**STATS LLC,**
*Appellee*

---

2016-1403

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00510.

---

## JUDGMENT

---

JASON S. ANGELL, Freitas Angell & Weinberg LLP, Redwood City, CA, argued for appellant. Also represented by ROBERT E. FREITAS, DANIEL J. WEINBERG.

AARON ROSS FEIGELSON, Leydig, Voit & Mayer, Ltd., Chicago, IL, argued for appellee. Also represented by DAVID AIRAN, WESLEY OTTO MUELLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| November 4, 2016 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |